IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES E. HARRIS,

    Plaintiff,

v.                      Case No. 4:18cv332-MW/CAS

RICK SCOTT,
PAMELA J. BONDI,
and JULIE L. JONES,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 13. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Clerk is directed to note on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall close the file.

**SO ORDERED on January 17, 2019.**

                                    s/Mark E. Walker        
                                    **Chief United States District Judge**